**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SMART AUTHENTICATION IP, LLC, | |
| Plaintiff, | Civil Action No. 2:17-cv-00278-JRG |
| v. | |
| ETSY, INC., | |
| Defendant. | |

### PLAINTIFF SMART AUTHENTICATION IP, LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Smart Authentication IP, LLC hereby gives notice that the action of *Smart Authentication IP, LLC v. Etsy, Inc.* (C.A. No. 2:17-cv-00278-JRG) is hereby dismissed without prejudice.

Dated:  May 26, 2017

Respectfully submitted,

*/s/ Dmitry Kheyfits*

Dmitry Kheyfits — Lead Counsel
New York State Bar No. 4743795
dkheyfits@kheyfits.com
Andrey Belenky
New York State Bar No. 4524898
abelenky@kheyfits.com
KHEYFITS P.C.
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Tel. (212) 203-5399
Fax. (212) 203-6445

/s/ L. Charles van Cleef

L. Charles van Cleef TX SB #00786305
Van Cleef Law Office
PO Box 2432
Longview, TX 75606-2432
Telephone:  (903) 248-8244
Facsimile:  (903) 248-8249
charles@vancleef.pro

*Attorneys for Plaintiff Smart Authentication IP, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.


*/s/ L. Charles van Cleef*
L. Charles van Cleef